UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

## DISCOVERY CERTIFICATE

I, Norman Williams, Esq., attorney for Plaintiff Sarah E. Cummings, certify that on June 11, 2015, I served Plaintiff's Notice of Third-Party Subpoena *Duces Tecum* on the counsel of record as follows:

*Via E-Mail & First-Class Mail, Postage Prepaid*

    Richard C. Carroll, Esq.                     Howard Shapiro, Esq.
    Phillips, Dunn, Shriver & Carroll, P.C.      Proskauer Rose, LLP
    147 Western Avenue                         650 Poydras Street, Suite 1800
    Brattleboro, VT  05301                     New Orleans, LA  70130

- 2 -

    Todd Blanche, Esq.
    Lori A. Martin, Esq.
    Jacob Warren, Esq.
    Wilmer Cutler Pickering Hale and Dorr
    7 World Trade Center
    New York, NY  10007

    Dated:    Burlington, Vermont
                June 11, 2015

    */s/ Norman Williams*
    Norman Williams, Esq.
    Gravel & Shea PC
    76 St. Paul Street, 7th Floor, P. O. Box 369
    Burlington, VT  05402-0369
    (802) 658-0220
    nwilliams@gravelshea.com
    For Plaintiff

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -