§UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>        v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

DISCOVERY CERTIFICATE

I, Norman Williams, Esq., attorney for Plaintiff Sarah E. Cummings, certify that on June 25, 2015, I served Plaintiff's Notice of Third-Party Subpoena *Duces Tecum* on the counsel of record as follows:

*Via E-Mail & First-Class Mail, Postage Prepaid*

Richard C. Carroll, Esq.  
Phillips, Dunn, Shriver & Carroll, P.C.  
147 Western Avenue  
Brattleboro, VT  05301

Howard Shapiro, Esq.  
Proskauer Rose, LLP  
650 Poydras Street, Suite 1800  
New Orleans, LA  70130

- 2 -

    Todd Blanche, Esq.
    Lori A. Martin, Esq.
    Jacob Warren, Esq.
    Wilmer Cutler Pickering Hale and Dorr
    7 World Trade Center
    New York, NY  10007

    Dated:       Burlington, Vermont
                    June 25, 2015

                                          */s/ Norman Williams*
                                          Norman Williams, Esq.
                                          Gravel & Shea PC
                                          76 St. Paul Street, 7th Floor, P. O. Box 369
                                          Burlington, VT  05402-0369
                                          (802) 658-0220
                                          nwilliams@gravelshea.com
                                          For Plaintiff

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION