UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Docket No. 1:12-cv-93 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Shannon Barrett, Esq. hereby moves for permission to withdraw his appearance on behalf of Defendants in the above-captioned matter.

Dated: June 30, 2015         O'MELVENY & MYERS LLP

By: /s/ Shannon Barrett
Shannon Barrett (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
Fax:    (202) 383-5414
E-mail:  sbarrett@omm.com

By: /s/ Richard C. Carroll
Richard C. Carroll
POTTER STEWART, JR. LAW OFFICES P.C.

>The Merchants Bank Building
>205 Main Street, Suite 8
>Brattleboro, VT 05301
>Phone: (802) 257-7244
>E-mail: rcarroll@potterstewartlaw.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, I electronically filed the foregoing Motion To Withdraw using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Shannon Barrett