UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC,<br><br>    Defendants. | Docket No. 1:12-cv-93 |

## MOTION TO WITHDRAW

  Lauren N. Moore, Esq. hereby moves for permission to withdraw her appearance on behalf of Defendants in the above-captioned matter.

Dated: June 30, 2015      O'MELVENY & MYERS LLP

               By: /s/ Lauren N. Moore
               Lauren N. Moore (*pro hac vice*)
               1625 Eye Street, N.W.
               Washington, D.C. 20006
               Phone: (202) 383-5119
               Fax: (202) 383-5414
               E-mail: lmoore@omm.com

               By: /s/ Richard C. Carroll
               Richard C. Carroll
               POTTER STEWART, JR. LAW OFFICES P.C.

                The Merchants Bank Building
                205 Main Street, Suite 8
                Brattleboro, VT 05301
                Phone: (802) 257-7244
                E-mail:  rcarroll@potterstewartlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2015, I electronically filed the foregoing Motion To Withdraw using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ Lauren N. Moore