UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)   Docket No. 1:12-cv-93 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Diana R. Shaw, Esq. hereby moves for permission to withdraw her appearance on behalf of Defendants in the above-captioned matter.

Dated: June 30, 2015                    O'MELVENY & MYERS LLP

By: /s/ Diana R. Shaw
Diana R. Shaw (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5266
Fax:    (202) 383-5414
E-mail: dshaw@omm.com

By: /s/ Richard C. Carroll
Richard C. Carroll
POTTER STEWART, JR. LAW OFFICES P.C.

                    The Merchants Bank Building
                    205 Main Street, Suite 8
                    Brattleboro, VT 05301
                    Phone: (802) 257-7244
                    E-mail:  rcarroll@potterstewartlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 30, 2015, I electronically filed the foregoing Motion To Withdraw using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

     /s/ Diana R. Shaw