# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA - COLLEGE )<br>RETIREMENT AND EQUITIES FUND )<br>(TIAA-CREF), COLLEGE RETIREMENT )<br>AND EQUITIES FUND (CREF), TEACHERS )<br>INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA (TIAA), )<br>TIAA-CREF INVESTMENT )<br>MANAGEMENT, LLC (TCIM), TEACHERS )<br>ADVISORS, INC. (TAI), AND TIAA-CREF )<br>INDIVIDUAL AND INSTITUTIONAL )<br>SERVICES, LLC, )<br>)<br>Defendants. ) | Docket No. 1:12-cv-93 |

## MOTION TO WITHDRAW

Mary P. Brown, Esq. hereby moves for permission to withdraw her appearance on behalf of Defendants in the above-captioned matter.

Dated: June 30, 2015

O'MELVENY & MYERS LLP

By: /s/ Mary P. Brown
Mary P. Brown (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5376
Fax:    (202) 383-5414
E-mail:  mpbrown@omm.com

By: /s/ Richard C. Carroll
Richard C. Carroll
POTTER STEWART, JR. LAW OFFICES P.C.

The Merchants Bank Building
205 Main Street, Suite 8
Brattleboro, VT 05301
Phone: (802) 257-7244
E-mail:  rcarroll@potterstewartlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, I electronically filed the foregoing Motion To Withdraw using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mary P. Brown