# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Docket No. 1:12-cv-93 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' REPLY TO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS

Now come Defendants, through their undersigned counsel, and agree to Plaintiff's Motion to extend the time until August 31, 2015 for her response to the pending Motion for Judgment on the Pleadings.

By way of further reply, counsel for the parties had further agreed that Defendants shall also have an extension of time to file their Reply Memorandum until September 28, 2015, a two-week extension to the updated Reply date.

A proposed Order reflecting that agreement is attached for the Court's consideration.

/s/Richard C. Carroll
Richard C. Carroll
Phillips, Dunn, Shriver & Carroll, P.C.
147 Western Avenue
Brattleboro, VT 05301
(802) 257-7244
rcarroll@pdsclaw.com

Lori A. Martin (pro hac vice)
Wilmer Cutler Pickering Hale & Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
lori.martin@wilmerhale.com

Howard Shapiro. (pro hac vice)
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
(504) 310 4085
howshapiro@proskauer.com

*For Defendants*

August 6, 2015

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, )<br>)<br>Defendants. ) | Docket No. 1:12-cv-93 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion for Judgment on the Pleadings, and on Defendants' Reply. The Court, having duly considered the Plaintiff's request and Defendants' reply, hereby GRANTS said motion and ORDERS that:

1. Plaintiff's opposition to Defendants' Motion for Judgment on the Pleadings shall be filed no later than August 31, 2015.

2. Defendants' Reply Memorandum in Further Support of the Motion shall be filed no later than September 28, 2015.

Dated this _____ day of _____, 2015.

                                                  BY THE COURT:

                                                  _____

                                                  United State District Court Judge J. Garvan Murtha