UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

## CERTIFICATE OF SERVICE

I, Norman Williams, Esq., attorney for Plaintiff, certify that, on August 24, 2015, I served Plaintiff's Motion to File Third Amended Complaint through the CM/ECF system on the counsel of record.

Dated:    Burlington, Vermont
              August 24, 2015

                                                                                    */s/ Norman Williams*
                                                                                    Norman Williams, Esq.
                                                                                    Gravel & Shea PC
                                                                                    76 St. Paul Street, 7th Floor, P. O. Box 369
                                                                                    Burlington, VT  05402-0369
                                                                                    (802) 658-0220
                                                                                    nwilliams@gravelshea.com
                                                                                    For Plaintiff

gravel & shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION