UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Docket No. 1:12-cv-93 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**STIPULATION OF THE PARTIES REGARDING EARLY NEUTRAL EVALUATOR**

  Counsel report that they have met and conferred regarding Early Neutral Evaluation and hereby jointly stipulate and agree to participate in the Early Neutral Evaluation of this matter pursuant to Local Rule 16.1. All parties further jointly stipulate and agree to the following evaluator pursuant to Local Rule 16.1(d)(4):

  Hon. Edward A. Infante (Ret.)
  JAMS
  Two Embarcadero Center
  Suite 1500
  San Francisco, CA 94111

The parties are further conferring with Judge Infante on a date for the Early Neutral Evaluation, and anticipate that it will take place in November 2015. The parties stipulate that the fees will be split between the parties 50/50.

Dated: August 28, 2015

Respectfully submitted,

| | |
|---|---|
| *Norman Williams* (signature)<br>Norman Williams<br>Gravel & Shea PC<br>76 St. Paul Street, 7th Floor, P. O. Box 369<br>Burlington, VT 05402-0369<br>(802) 658-0220<br>nwilliams@gravelshea.com | /s/ Richard C. Carroll<br>Richard C. Carroll<br>Phillips, Dunn, Shriver & Carroll, P.C.<br>147 Western Avenue<br>Brattleboro, VT 05301<br>(802) 257-7244<br>rcarroll@pdsclaw.com |
| Thomas A. Tucker Ronzetti, Esq.<br>Kenneth Hartmann<br>Kozyak Tropin & Throckmorton, LLP<br>2525 Ponce de Leon, 9th Floor<br>Miami, FL 33134<br>tr@kttlaw.com<br>krh@kttlaw.com | Lori A. Martin (*pro hac vice*)<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800<br>lori.martin@wilmerhale.com |
| *For Plaintiff*<br><br>August 28, 2015 | Howard Shapiro (*pro hac vice*)<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, LA 70130<br>(504) 310 4085<br>howshapiro@proskauer.com<br><br>*For Defendants*<br><br>August 28, 2015 |