| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | ☒ P.O. BOX 945 |
| | OFFICE OF THE CLERK | BURLINGTON 05402-0945 |
| | DISTRICT OF VERMONT | (802) 951-6301 |
| | FEDERAL BUILDING | ❑ P.O. BOX 998 |
| **JEFFREY S. EATON** | **BURLINGTON, VERMONT 05402-0945** | BRATTLEBORO 05302-0998 |
| CLERK | | (802) 254-0250 |
| | | ❑ P.O. BOX 607 |
| | | RUTLAND 05702-0607 |
| | | (802) 773-0245 |

August 28, 2015

Norman C. Williams, Esq.
Gravel and Shea
76 St. Paul Street
P.O. Box 369
Burlington, VT 05402-0369

Re:   *Duffy et al. v. Teachers Insurance and Annuity Association of America - College Retirement and Equities Fund et al.*
      Docket No. 1:12-cv-93

Dear Attorney Williams:

    I am in receipt of the Early Neutral Evaluation Stipulation, e-filed today (Doc. No. 88), which indicates the parties have agreed to Hon. Edward A. Infante as the evaluator. The Stipulation, however, is not compliant with Local Rule 16.1(d)(4)(B). The Stipulation must be signed *by all parties*, **including** the evaluator, as their agreement to participate in and perform the ENE in accordance with the Local Rules. Please file a compliant Stipulation by **September 8, 2015**.

    If you have any questions regarding the above, please feel free to contact me.

Sincerely,

*/s/ H. Beth Cota*
ENE Administrator
(802) 951-8113