UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC,<br><br>Defendants. | Docket No. 1:12-cv-93 |

**SUPPLEMENTAL STIPULATION OF THE PARTIES REGARDING EARLY NEUTRAL EVALUATOR**

Counsel report that they have met and conferred regarding Early Neutral Evaluation and hereby jointly stipulate and agree to participate in the Early Neutral Evaluation of this matter pursuant to Local Rule 16.1. All parties further jointly stipulate and agree to the following evaluator pursuant to Local Rule 16.1(d)(4):

Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

The Early Neutral Evaluation is scheduled for November 11, 2015. The parties stipulate that the fees will be split between the parties 50/50. Judge Infante has agreed to perform the ENE in accordance with the Local Rules.

Dated: September 3, 2015

Respectfully submitted,

*Norman Williams* (signature)
Norman Williams
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
nwilliams@gravelshea.com

Thomas A. Tucker Ronzetti, Esq.
Kenneth Hartmann
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
tr@kttlaw.com
krh@kttlaw.com

*For Plaintiff*

*Richard C. Carroll* (signature)
Richard C. Carroll
Phillips, Dunn, Shriver & Carroll, P.C.
147 Western Avenue
Brattleboro, VT 05301
(802) 257-7244
rcarroll@pdsclaw.com

Lori A. Martin (*pro hac vice*)
Wilmer Cutler Pickering Hale & Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
lori.martin@wilmerhale.com

Howard Shapiro (*pro hac vice*)
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
(504) 310 4085
howshapiro@proskauer.com

*For Defendants*

*Edward Infante 9-3-15* (signature)
Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

*Early Neutral Evaluator*