§UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP 14  AM 11: 49

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>            v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

## DISCOVERY CERTIFICATE

I, Norman Williams, Esq., attorney for Plaintiff Sarah E. Cummings, certify that on September 11, 2015, I served Plaintiff's Response to Defendants' First Set of Interrogatories and Response to Defendants' First Set of Requests for Production of Documents on the counsel of record as follows:

gravel &
shea | ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

<u>*Via E-Mail & First-Class Mail, Postage Prepaid*</u>

| | |
|---|---|
| Richard C. Carroll, Esq. | Howard Shapiro, Esq. |
| Phillips, Dunn, Shriver & Carroll, P.C. | Proskauer Rose, LLP |
| 147 Western Avenue | 650 Poydras Street, Suite 1800 |
| Brattleboro, VT 05301 | New Orleans, LA 70130 |

Todd Blanche, Esq.
Lori A. Martin, Esq.
Jacob Warren, Esq.
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
New York, NY 10007

Dated:    Burlington, Vermont
September 11, 2015

*/s/ Norman Williams*
Norman Williams, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
nwilliams@gravelshea.com
For Plaintiff

gravel & shea | ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 2 -