UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>            v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

CERTIFICATE OF SERVICE

      I, Norman Williams, Esq., attorney for Plaintiff, certify that, on October 1, 2015, I served Plaintiff's Reply Memorandum in Support of Motion to File Third Amended Complaint through the CM/ECF system on the following individuals:

| | |
|---|---|
| Richard C. Carroll, Esq.<br>rcarroll@pdsclaw.com | Kenneth Hartmann, Esq.<br>krh@kttlaw.com |
| Thomas A. Ronzetti, Esq.<br>TR@kttlaw.com | |

- 2 -

Additionally, this document was served on October 1, 2015 by first-class mail, postage prepaid, on the following individuals:

| | |
|---|---|
| Todd Blanche, Esq.<br>Lori A. Martin, Esq.<br>Jacob Warren, Esq.<br>David Berman, Esq.<br>Iya Megre, Esq.<br>Wilmer Cutler Pickering Hale and Dorr<br>7 World Trade Center<br>New York, NY  10007 | Howard Shapiro, Esq.<br>Proskauer Rose, LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, LA  70130 |

Dated:   Burlington, Vermont
         October 1, 2015

/s/ Norman Williams
Norman Williams, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
nwilliams@gravelshea.com
For Plaintiff

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -