# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 1:12-cv-93<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF MOTION AND MOTION
## FOR JUDGMENT ON THE PLEADINGS

   Defendants Teachers Insurance and Annuity Association of America – College Retirement Equities Fund (TIAA-CREF), College Retirement Equities Fund (CREF), Teachers Insurance and Annuity Association of America (TIAA), TIAA-CREF Investment Management, LLC (TCIM), Teachers Advisors, Inc. (TAI), and TIAA-CREF Individual and Institutional Services, LLC (TC Services) hereby move the Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure,

for judgment on the pleadings dismissing the Third Amended Complaint in this action (the "Complaint") on the ground that it fails to state a claim for relief.

Dated: November 2, 2015      WILMERHALE LLP

         /s/ Lori A. Martin
By:    Lori A. Martin (*pro hac vice*)
      250 Greenwich Street
      7 World Trade Center
      New York, NY 10017
      (212) 295-6412
      lori.martin@wilmerhale.com

       /s/ Richard C. Carroll
Richard C. Carroll
PHILLIPS, DUNN, SHRIVER & CARROLL, P.C.
147 Western Avenue
Brattleboro, VT 05301

Howard Shapiro (*pro hac vice*)
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I, Iya Megre, certify that on November 2, 2015, I served a copy of Defendants' Notice of Motion and Motion for Judgment on the Pleadings, Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, and Declaration of David Berman in Support of Defendants' Motion for Judgment on the Pleadings upon the following counsel of record via ECF:

| Howard Shapiro, Esq. at howshapiro@proskauer.com | Kenneth Hartmann, Esq. at krh@kttlaw.com | Norman C. Williams, Esq. at nwilliams@gravelshea.com |
|---|---|---|
| Robert B. Hemley, Esq. at rhemley@gravelshea.com | R. Bradford Fawley, Esq. at bfawley@drm.com | Thomas A. Ronzetti, Esq. at TR@kttlaw.com |

The documents have been filed electronically and are available for viewing and downloading from the ECF system.

  /s/ Iya Megre
Iya Megre (*pro hac vice*)
250 Greenwich Street
7 World Trade Center
New York, NY 10017
(212) 295-6263
iya.megre@wilmerhale.com