# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

SARAH E. CUMMINGS, on behalf of herself     )
and all others similarly situated,          )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )
                                            )          Docket No. 1:12-cv-93
TEACHERS INSURANCE AND ANNUITY              )
ASSOCIATION OF AMERICA – COLLEGE            )
RETIREMENT AND EQUITIES FUND                )
(TIAA-CREF), COLLEGE RETIREMENT             )
AND EQUITIES FUND (CREF), TEACHERS          )
INSURANCE AND ANNUITY                       )
ASSOCIATION OF AMERICA (TIAA),              )
TIAA-CREF INVESTMENT                        )
MANAGEMENT, LLC (TCIM), TEACHERS            )
ADVISORS, INC. (TAI), AND TIAA-CREF         )
INDIVIDUAL AND INSTITUTIONAL                )
SERVICES, LLC,                              )
                                            )
            Defendants.                     )

---

## DECLARATION OF DAVID BERMAN
## IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

---

I, David Berman, hereby declare as follows:

1.      I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

and counsel for Defendants Teachers Insurance and Annuity Association of America – College

Retirement Equities Fund (TIAA-CREF), College Retirement Equities Fund (CREF), Teachers

Insurance and Annuity Association of America (TIAA), TIAA-CREF Investment Management,

LLC (TCIM), Teachers Advisors, Inc. (TAI), and TIAA-CREF Individual and Institutional

Services, LLC (TC Services) (together, "Defendants") in the above-captioned action.  I submit this

declaration in support of Defendants' Motion for Judgment on the Pleadings.

1

2.     Attached hereto as Exhibit A is a true and accurate copy of the CREF Prospectus and supplements, dated May 1, 2007.

3.     Attached hereto as Exhibit B is a true and accurate copy of the Securities Transaction Settlement, File IC-21117, Release Nos. 33-7177, 34-35815, 1995 SEC LEXIS 1436, 60 Fed. Reg. 30906 (June 6, 1995).

4.     Attached hereto as Exhibit C is a true and accurate copy of the unpublished decision *Reklau v. Merchants National Corp.*, No. IP 84-1389-C, slip op. (S.D. Ind. Oct. 11, 1985).

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated:  November 2, 2015            WILMER CUTLER PICKERING HALE & DORR LLP

By:     David Berman
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Telephone: (212) 295 6288
        Facsimile: (212) 230 8888
        Email: david.berman@wilmerhale.com