UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants | Docket No. 1:12-cv-93 |

DISCOVERY CERTIFICATE

I, Norman Williams, Esq., attorney for Plaintiff Sarah E. Cummings, certify that on November 4, 2015, I served Plaintiff's Amended Response to Defendants' First Set of Requests for Production of Documents on the counsel of record as follows:

- 2 -

*Via E-Mail & First-Class Mail, Postage Prepaid*

| | |
|---|---|
| Richard C. Carroll, Esq.<br>Phillips, Dunn, Shriver & Carroll, P.C.<br>147 Western Avenue<br>Brattleboro, VT  05301<br>rcarroll@pdsclaw.com | Howard Shapiro, Esq.<br>Proskauer Rose, LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, LA  70130<br>howshapiro@proskauer.com |

Todd Blanche, Esq.
Lori A. Martin, Esq.
Jacob Warren, Esq.
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
New York, NY  10007
todd.blanche@wilmerhale.com
lori.martin@wilmerhale.com
jacob.warren@wilmerhale.com

Dated:  Burlington, Vermont
        November 4, 2015

    */s/ Norman Williams*
Norman Williams, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
nwilliams@gravelshea.com
For Plaintiff

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -