**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❑ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

December 3, 2015

Edward Infante
JAMS
2 Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   *Duffy et al. v. Teachers Insurance and Annuity Association of America - College Retirement and Equities Fund et al.*
      Docket No. 1:12-cv-93

Dear Judge Infante:

   This is a reminder that the Court is awaiting the Evaluator's Report for the ENE session held September 11, 2015 in the above-captioned matter. Please file the Report as soon as possible. Refer to Local Rule 16.1(j) as to what should be contained in the Evaluator's Report.[1]

   If you have any questions, please feel free to call me.

                                            Sincerely,

                                            */s/ H. Beth Cota*
                                            ENE Administrator
                                            (802) 951-8113

cc:   Counsel of record

---

[1] An ENE Evaluator Report Form is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.