**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| SARAH E. CUMMINGS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Docket No. 1:12-cv-93-jgm |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), ET AL., | ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Lori A. Martin, certify that on August 8, 2016, I served a copy of DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND ALTERNATIVE PROPOSAL FOR THE CLASS DEFINITION upon the following counsel of record via ECF:

| Howard Shapiro, Esq. at howshapiro@proskauer.com | Kenneth Hartmann, Esq. at krh@kttlaw.com | Norman C. Williams, Esq. at nwilliams@gravelshea.com |
|---|---|---|
| Robert B. Hemley, Esq. at rhemley@gravelshea.com | R. Bradford Fawley, Esq. at bfawley@drm.com | Thomas A. Ronzetti, Esq. at TR@kttlaw.com |

The documents have been filed electronically and are available for viewing and downloading from the ECF system.

By:  /s Lori A. Martin_____
Lori A. Martin (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10017
Telephone: (212) 295-6412
Facsimile: (212) 230 8888
Email: lori.martin@wilmerhale.com