## NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**SARAH E. CUMMINGS, ET AL**

       **v.**                    **Case No: 1:12-cv-93**

**TIAA-CREF, ET AL**

**TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Thursday, May 18, 2017, at Brattleboro, Vermont before the Honorable J. Garvan Murtha, District Judge, for a Fairness Hearing.**

| | |
|---|---|
| **Location: Main Courtroom** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 8/24/2016** | |
| | **By /s/Kathleen A. Korstange** |
| | **Deputy Clerk** |

**TO:**

**Kenneth Harmann, Esq.**
**Robert B. Hemley, Esq.**
**Thomas A. Ronzetti, Esq.**
**Norman C. Williams, Esq.**

**David Berman, Esq.**
**Richard C. Carrol, Esq.**
**Lori A. Martin, Esq.**
**Iya Megre, Esq.**
**Howard Shapiro, Esq.**
**Jacob Warren, Esq.**
**Todd Blanche, Esq.**