| REVISED | NOTICE OF HEARING |
|---|---|

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**SARAH E. CUMMINGS, ET AL**

       **v.**                    **Case No: 1:12-cv-93**

**TIAA-CREF, ET AL**

**TAKE NOTICE** that the above-entitled case has been rescheduled at 10:00 a.m. on Wednesday, May 24, 2017, at Brattleboro, Vermont before the Honorable J. Garvan Murtha, District Judge, for Fairness Hearing.

**Location: Main Courtroom**             **JEFFREY S. EATON, Clerk**
**Date of Notice: 1/5/2017**
*Previously Scheduled:* **5/18/2017 at 10:00 a.m.**

                                                                **By /s/Kathleen Korstange**
                                                                 **Deputy Clerk**

**TO:**

**Kenneth Harmann, Esq.**
**Robert B. Hemley, Esq.**
**Thomas A. Ronzetti, Esq.**
**Norman C. Williams, Esq.**

**David Berman, Esq.**
**Richard C. Carroll, Esq.**
**Lori A. Martin, Esq.**
**Iya Megre, Esq.**
**Howard Shapiro, Esq.**
**Jacob Warren, Esq.**
**Todd Blanche, Esq.**