SECOND REVISED   NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

SARAH E. CUMMINGS, ET AL

       v.                                  Case No: 1:12-cv-93

TIAA -CREF, ET AL

**TAKE NOTICE** that the above-entitled case has been rescheduled at 10:00 a.m. on Wednesday, May 24, 2017, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for Fairness Hearing.

**Location: Courtroom 110**                              JEFFREY S. EATON, Clerk
**Date of Notice: 5/4/2017**
*Previously Scheduled:* **at same date and time**

                                                                         **By /s/Kathleen A. Korstange**
                                                                         Deputy Clerk

**TO:**

| | |
|---|---|
| Kenneth Harmann, Esq. | NOTE: Hearing notice revised to indicate |
| Robert B. Hemley, Esq. | change in location and presiding judge |
| Thomas A. Ronzetti, Esq. | for hearing.  Hearing previously |
| Norman C. Williams, Esq. | scheduled before Hon. J. Garvan Murtha |
| | in Brattleboro. |

David Berman, Esq.
Richard C. Carroll, Esq.
Lori A. Martin, Esq.
Iya Megre, Esq.
Howard Shapiro, Esq.
Jacob Warren, Esq.
Todd Blanche, Esq.